IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Walter William Cartwright, III, ) | Case No. 1:22-cr-081 |
| ) | |
| Defendant. ) | |

Defendant is charged in an Indictment with one offense: possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (Doc. No. 1). Assistant Federal Public Defender Christina Rudy has been appointed to represent him. (Doc. No. 10).

On December 28, 2022, Defendant filed a *pro se* motion for a *Franks* hearing. (Doc. No. 29). The Court is not obligated to entertain pro se motions that are filed by a represented party. See United States v. Pate, 754 F.3d 550, 553 (8th Cir. 2014); Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001). Defendant is represented by counsel and it is the responsibility of counsel to file motions on his behalf. Defendant's motion (Doc. No. 29) is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated this 12th day of January, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court