IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER STAYING COMPLIANCE OF** |
| | ) | **SUBPOENAS DUCES TECUM AND SETTING** |
| vs. | ) | **EXPEDITED BRIEFING SCHEDULE** |
| | ) | |
| Walter William Cartwright III, | ) | Case No. 1:22-cr-081 |
| | ) | |
| Defendant. | ) | |

On December 20, 2023, the United States filed a Motion to Quash Subpoenas. (Doc. No. 98). The United States asks the Court to quash subpoenas *duces tecum* served by Defendant on (1) the Ward County State's Attorney (Doc. No. 98-1), (2) a Ward County Narcotics Task Force Officer (Doc. No. 98-2), and (3) the Chief of Police for Berthold and Carpio, North Dakota (Doc. No. 98-3).. These three subpoenas duces tecum are dated October 26, 2023, but were not served until December 14, 2023. They require production of documents on December 21, 2023.

Given the short span between the date that the subpoenas were served and the date on which production is required, compliance with each subpoena (Doc. Nos. 98-1, 98-2, and 98-3) is **STAYED** pending resolution of the United States' Motion to Quash Subpoenas. To address this matter with sufficient time before trial on January 9, 2024, the briefing of this matter shall be expedited. Accordingly, Defendant shall have until December 22, 2023, to file a response to the United States' Motion to Quash Subpoenas. The United States shall have until 12:00 PM on December 27, 2023, to file a reply.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court