# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Walter William Cartwright, III, | ) | Case No. 1:22-cr-081 |
| | ) | |
| Defendant. | ) | |

On March 21, 2024, Defendant filed a Motion for Release. (Doc. No. 151). He requests to be released to North Dakota Adult and Teen Challenge's ("Teen Challenge") facility in Mandan, North Dakota, on either March 25, 2024, or immediately following his sentencing hearing on April 4, 2024.

On March 21, 2024, the court issued an order granting the motion (Doc. No. 153) and in so doing mischaracterized the United States' position, depriving it of an opportunity to file a response. Finding that Defendant's motion was improvidently granted, the court **VACATES** its order granting Defendant's motion so that the United States has an opportunity to file a response.

**IT IS SO ORDERED.**

Dated this 21st day of March, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
