# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Walter William Cartwright, III, | ) | Case No. 1:22-cr-081 |
| | ) | |
| Defendant. | ) | |

On June 17, 2025, the Probation Office filed a petition alleging that Defendant Walter William Cartwright, III ("Cartwright") had violated his conditions of supervised release. (Doc. No. 195). On July 2, 2025, Cartwright made his initial appearance on the petition. (Doc. No. 177). Satisfied that Cartwright qualified for representation under 18 U.S.C. § 3006A, the undersigned appointed attorney Lynn Boughey to represent Cartwright in this matter. (Doc. No. 173).

On March 31, 2026, the Court convened a final hearing on the petition. (Doc. No. 204). Finding that Cartwright had violated his release conditions as alleged in the petition, the Court revoked Cartwright's supervised release and sentenced Cartwright to a term of imprisonment of 24 months, with credit for time served. (Doc. Nos. 204 and 205).

Following the hearing, attorney Boughey filed a motion to withdraw as counsel of record in this matter. (Doc. No. 206). Therein he assures the Court that he will advise Defendant of his appeal options and how to effectuate an appeal. However, he advises that, based upon prior requests made to him be Cartwright, he "does not want to be part of any appeal in the event Defendant decides to appeal the Court's decision or sentence in this matter." (Doc. No. 207).

Appointed defense counsel must represent the defendant at every stage of the proceedings

from the time of initial appointment through appeal unless the appointment is terminated by the court or by any appellate court in which an appeal is pending.

The undersigned **GRANTS** the motion (Doc. No. 206) and authorizes attorney Boughey to withdraw as counsel of record as of April 2, 2026, for Defendant in matters before this Court.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court